IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Brenda K. Robinson, ) | C/A No. 0:14-3635-JFA-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    This is a civil action filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2) DSC, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

    By order issued on September 23, 2014, Plaintiff was given a specific time frame in which to bring this case into proper form. (ECF No. 6.) Plaintiff failed to comply with the court's order.[1]

**TO THE CLERK OF COURT**:

    The Clerk of Court is directed *not* to issue the summons for service of process at this time.

    **IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 27, 2014
Columbia, South Carolina

---

[1] A separately issued Report and Recommendation recommends dismissal of the case, without prejudice, for failure to prosecute this action and for failure to comply with an order of this court. See Fed. R. Civ. P. 41(b).